# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DEON T. DENTON, JR.**                                                      **PLAINTIFF**

**v.**                **CASE NO. 5:10cv00135 BSM/JTK**

**EDWARD ADAMS, et al.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE